IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNY LYNN KING, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-06-1123-C |
| | ) | |
| STEPHENS COUNTY SHERIFF'S | ) | |
| DEPT., SHERIFF JIMMY BRUNER, | ) | |
| JUDGE JOE ENOS, | ) | |
| | ) | |
| Defendants | ) | |

MEMORANDUM OPINION AND ORDER

This civil rights action, brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Doyle W. Argo, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Argo entered a Report and Recommendation on April 24, 2008, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. There is nothing asserted by the Plaintiff which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Defendant Jimmy Bruner's Motion for Summary Judgment is GRANTED. Plaintiff's motion for appointment of counsel is DENIED, AS MOOT. A judgment will enter accordingly.

IT IS SO ORDERED this 19th day of May, 2008.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge